# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Seth Adam Vanderhoof            CHAPTER 7

           Debtor(s)            BKY. NO. 20-10134 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

           Respectfully submitted,

           **/s/James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           Attorney I.D. No. 42524
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           412-430-3594
           jwarmbrodt@kmllawgroup.com